IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00802–CMA–KMT

JOHN MICHAEL BROADUS,

    Plaintiff,

v.

WARDEN RAE TIMME,
LIEUTENANT JACKIE MCCALL,
LIEUTENANT DIRECTO,
SERGEANT ERPS,
SERGEANT DAVIES,
CORRECTIONAL OFFICER HOLESTEAD,
CORRECTIONAL OFFICER MCCALL,
CORRECTIONAL OFFICER SNIDER,
CORRECTIONAL OFFICER LOPEZ,
CORRECTIONAL OFFICER STRICKLETT, and
ARISTEDES ZAVARAS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Investigation Records at State's Expense" (Doc. No. 19, filed July 22, 2011) is DENIED.  Plaintiff may request that the defendants produce documents, pursuant to Fed. R. Civ. P. 34, after the court enters a scheduling order and orders for discovery.

Plaintiff is advised that, pursuant to Fed. R. Civ. P. 26(a)(1)(B)(iv), *pro se* actions brought by individuals in the custody of the United States, a state, or a state subdivision are a category of proceedings "exempt from initial disclosure."  Fed. R. Civ. P. 26(a)(1)(B)(iv).  Additionally, the local rules of this court provide that a scheduling order and orders for discovery are unnecessary in categories of proceedings listed in Fed. R. Civ. P. 26(a)(1)(B).  D.C.COLO.LCivR 16.2.B.2.  This court will determine at a later date when and if a scheduling conference will be set.  However, the court declines to allow discovery prior to the entry of a scheduling order or discovery order.

Dated: July 25, 2011