IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00802–CMA–KMT

JOHN MICHAEL BROADUS,

    Plaintiff,

v.

WARDEN RAE TIMME,
LIEUTENANT JACKIE MCCALL,
LIEUTENANT DIRECTO,
SERGEANT ERPS,
SERGEANT DAVIES,
CORRECTIONAL OFFICER HOLESTEAD,
CORRECTIONAL OFFICER MCCALL,
CORRECTIONAL OFFICER SNIDER,
CORRECTIONAL OFFICER LOPEZ,
CORRECTIONAL OFFICER STRICKLETT, and
ARISTEDES ZAVARAS,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Seek Leave Pursuant to Fed. R. Civ. P. 15" (Doc. No. 81, filed Mar. 16, 2012) is DENIED without prejudice. Plaintiff seeks leave to Amend his Complaint consistent with District Judge Christine M. Arguello's Order Adopting and Affirming January 30, 2012 Recommendation of United States Magistrate Judge. (Doc. No. 78, filed Feb. 28, 2012.) Though the Federal Rules of Civil Procedure provide that a party may amend a pleading with leave of court, and that leave shall be given freely when justice so requires, Fed. R. Civ. P. 15(a), when seeking leave to amend a complaint, the motion to amend must detail the proposed amendments and the reasons why such amendments are necessary. In addition, Plaintiff must attach the proposed amended complaint to the motion. The proposed amended complaint must stand alone; it must contain all of Plaintiff's claims. Here, Plaintiff only vaguely hints at the

nature of his proposed amendments. Moreover, he has not attached a proposed amended complaint to his motion. As a result, it is impossible to determine if the proposed amendment is permissible. Plaintiff may refile a proper Motion for Leave to Amend consistent with this Minute Order no later than April 6, 2012.

Dated: March 16, 2012